# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JULIO CESAR ALVARADO DUBON<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  3:22-mj- 71<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 1, 2022__ in the city/county of __Richmond__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(5) | Possession of a Firearm by a Person Illegally and Unlawfully in the United States |

This criminal complaint is based on these facts:

See attached affidavit, fully incorporated by reference herein

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

__Stephen E. Anthony, Assistant U.S. Attorney__
*Printed name and title*

**DEREK M MULLINS**  *Digitally signed by DEREK M MULLINS*
*Date: 2022.08.01 22:39:10 -04'00'*
*Complainant's signature*

__Derek M. Mullins, Special Agent HSI__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: __August 2, 2022__

/s/ MRC
*Judge's signature*

City and state: __Richmond, Virginia__   __Hon. Mark R. Colombell, U.S. Magistrate Judge__
*Printed name and title*